# TAB 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| T & E INVESTMENT GROUP, LLC d/b/a ROBERTS INVESTMENT GROUP and TIMOTHY ROBERTS, § § § § Plaintiffs, § § V. § § CHRISTOPHER FAULKNER, § BREITLING OIL AND GAS § CORPORATION, PARKER HALLAM § and DUSTIN RODRIGUEZ a/k/a § MICHAEL MILLER, § § Defendants. § | | CIVIL ACTION NO. 3:11-CV-0724-P |
| FUSION ENERGY, LLC and WILLIAM SCOTT COURT, § § § Plaintiffs, § § V. § § CHRISTOPHER FAULKNER and § BREITLING OIL AND GAS § CORPORATION, § § Defendants. § | | CIVIL ACTION NO. 3:11-CV-1558-P |

# **PLAINTIFF'S WITNESS LIST**

COMES NOW, T & E Investment Group, LLC d/b/a Roberts Investment Group ("Plaintiffs"), pursuant to the Courts Amended Scheduling Order entered in this case, file this Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

1. Timothy Roberts (plaintiff)
   T & E Investment Group, LLC
   3271 FM 663, Suite B
   Midlothian, TX 76065
   (Overall knowledge of the facts of this case regarding defendants' libelous publications and invasion of trademark rights; nature of company's business; injuries suffered.)

2. Rodney Marshall
   T & E Investment Group, LLC
   3271 FM 663, Suite B
   Midlothian, TX 76065
   (Specific knowledge of injury to company caused by defendant; estimation of damages; internet postings by defendants; computer knowledge and information.)

3. Christopher Faulkner (defendant)
   (Formation of Breitling; nature of Breitling's business; defendants' conduct in libelous and illegal internet postings regarding plaintiffs.)

4. Parker Hallam (defendant)
   (Formation of Breitling; nature of Breitling's business; defendants' conduct in libelous and illegal internet postings regarding plaintiffs.)

5. Dustin Rodriguez (defendant)
    (Formation of Breitling; nature of Breitling's business; defendants' conduct in libelous and illegal internet postings regarding plaintiffs.)

6. Tamra Faulkner
    (Formation of Breitling; nature of Breitling's business; defendants' conduct in libelous and illegal internet postings regarding plaintiffs.)

7. Louis S. Scharringhausen
   Entrada Forensic Group
   661 E. Main Street, Suite 200-192
   Midlothian, TX 76065
   904-505-5529
    (Fact witness regarding analysis of defendants' postings on the internet regarding plaintiffs and the identity of the author and owner of the postings. To the extent necessary, this witness may also be identified as an expert witness regarding computer searches and information.)

8. R. Lance Fogarty CISSP, CCE
   Protegga llc
   730 E. Park Blvd.
   Plano, Texas 75074
   214.317.5695 (cell)
   214.988.9240 (office)
   888.988.9240 (toll)
    (Court expert who has performed a forensic examination and prepared reports.)

9. Raymond Smally
   10 Humeston Slope
   Holyoke, MA 01040
   413-642-0603

10. Tim Kahn
    Unknown address
    559-298-4589

11. Joseph Adair
    12719 Pine Spring
    Cypress, TX  77429
    281-685-8748

12. Rudolf Hendel
    18850 Blyhswood Drive
    Los Gates, CA  95030
    408-533-5847

13. Don Salerno
    450 E. Roosevelt
    Lombard, IL  60148
    708-738-4730

14. Dean Ryan
    Anaheim, CA
    714-457-5890

15. Mark Adams
    294 Bonds Pkwy
    Bered, OH  44017
    440-234-3949

16. Dr. Charles Colby
    7766 Lochmere Ter
    Edina, MN  55439
    612-339-7400

17. Larry Mason
    Houston, Texas
    281-702-4350

18. Chad King
    124 E. Main
    Ada, OK  74820
    580-320-1515

19. Tony Decole
    Unknown address
    435-628-9310

20. Tom Tillotson
    903 River Oaks Drive
    Greenville, TX  75402
    902-456-7012

21. Richard McDonald
    190 Buck Knoll Road
    Royham, MA  02767
    508-386-1842

22. Mark A. Hendrix, Esq.
    Krage & Janvey, LLP
    2100 Ross Avenue, Suite 2600
    Dallas, Texas  75201
    214-397-1905
    (Mr. Hendrix is an attorney licensed to practice in the state of Texas and will testify regarding the necessity and reasonableness of attorneys' fees.  Mr. Hendrix's opinion is that all of the legal fees incurred by Plaintiff is reasonable and necessary.)

Respectfully submitted,

*/s/ Mark A. Hendrix*
MARK A. HENDRIX       (# 09460500)
KRAGE & JANVEY, L.L.P.
2100 Ross Avenue, Suite 2600
Dallas, Texas  75201
214-397-1914
Facsimile:  214-220-0230
Email:       mhendrix@kjllp.com
ATTORNEYS FOR PLAINTIFFS
T & E INVESTMENT GROUP, LLC d/b/a
ROBERTS INVESTMENT GROUP
AND TIMOTHY ROBERTS

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2015, a true and correct copy of the foregoing Plaintiff's Witness List was delivered electronically upon all parties or their counsel of record, as follows:

Lawrence J. Friedman, Esq.
R. Brian Shields, Esq.
Friedman & Feiger, L.L.P.
5301 Spring Valley Road
Suite 200
Dallas, Texas 75240

Jennifer Beth Ingram, Esq.
Munck Carter, LLP
12770 Coit Road
Suite 600
Dallas, Texas 75251

*/s/ Mark A. Hendrix*
Mark A. Hendrix