# TAB 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **T & E INVESTMENT GROUP, LLC, d/b/a ROBERTS INVESTMENT GROUP and TIMOTHY ROBERTS,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **No. 3:11-cv-0724-P (consolidated with No. 3:11-cv-1558-P)** |
| **CHRISTOPHER FAULKNER, BREITLING OIL AND GAS CORPORATION, PARKER HALLAM, and DUSTIN RODRIGUEZ a/k/a MICHAEL MILLER,** | § | |
| **Defendants.** | § | |

**DEFENDANTS' WITNESS LIST**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Christopher Faulkner ("Faulkner"), Breitling Oil and Gas Corporation ("Breitling"), Parker Hallam ("Hallam"), and Dustin Rodriguez ("Rodriguez") (Faulkner, Breitling, Hallum and Rodriquez are collectively referred to as the "Defendants"), and submit this Witness List:

## I. PROBABLE WITNESSES

a. Christopher Faulkner
c/o Ryan K. Lurich
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254

Faulkner will testify that Defendants did not engage in any conduct as alleged by Plaintiffs. Faulkner will testify about Defendants' business and business practices. Faulkner will testify about Defendants' computers and their use, loss and replacement

over time.  Faulkner will testify about Defendants' policies and procedures and specifically Defendants' document retention policy.  Faulkner will testify to the facts establishing the truth of the alleged defamatory statements attributed to Defendants.  Faulkner will testify to the facts supporting Defendants' affirmative defenses.  Faulkner has knowledge concerning all aspects of this case.

Faulkner was deposed on June 7, 2013 and July 18, 2013.

Direct examination of Faulkner is expected to take approximately 3-4 hours.

b.  Parker Hallum
c/o Ryan K. Lurich
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254

Hallum will testify that Defendants did not engage in any conduct as alleged by Plaintiffs.  Hallum will testify about Defendants' business and business practices.  Hallum will testify about Defendants' computers and their use, loss and replacement over time.  Hallum will testify about Defendants' policies and procedures and specifically Defendants' document retention policy.  Hallum will testify to the facts establishing the truth of the alleged defamatory statements attributed to Defendants.  Hallum will testify to the facts supporting Defendants' affirmative defenses.  Hallum has knowledge concerning all aspects of this case.

Hallum was deposed on August 29, 2013.

Direct examination of Hallum is expected to take approximately 2-3 hours.

c.  Dustin Rodriquez
c/o Ryan K. Lurich
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254

Rodriquez will testify that Defendants did not engage in any conduct as alleged by Plaintiffs.  Rodriquez will testify about Defendants' business and business practices.  Rodriquez will testify about Defendants' computers and their use, loss and replacement over time.  Rodriquez will testify about Defendants' policies and procedures and specifically Defendants' document retention policy.  Rodriquez will testify to the facts establishing the truth of the alleged defamatory statements attributed to Defendants.  Rodriquez will testify to the facts supporting Defendants' affirmative defenses.  Rodriquez has knowledge concerning all aspects of this case.

Rodriquez was deposed on October 3, 2013.

Direct examination of Rodriquez is expected to take approximately 2-3 hours.

d. Timothy Roberts
c/o Mark A. Hendrix, Esq.
Krage & Janvey, L.L.P.
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201

Roberts is one of the Plaintiffs in this case. Roberts will testify regarding the truth of the alleged defamatory statements. Roberts will testify to the facts supporting Defendants' affirmative defenses. Roberts will testify that Plaintiffs have not suffered any quantifiable damages. Roberts will testify that he has not ascertained an amount, if any, of any damages suffered by Plaintiffs. Roberts will testify that Plaintiffs did not disclose any damages suffered by Plaintiffs during the discovery period in this case. Roberts will testify that Plaintiffs did not disclose any method of calculating damages suffered by Plaintiffs, including that Plaintiffs were relying upon the gross revenues generated by Defendants in place of proving actual damages suffered by Plaintiffs. Roberts has knowledge concerning all aspects of this case.

Roberts was not deposed.

Direct examination of Roberts is expected to take 3-5 hours.

e. Monte Fausett
T & E Investment Group, LLC
3271 FM 663, Suite B
Midlothian, TX 76065

Fausett will testify regarding the truth of the alleged defamatory statements. Fausett will testify to the facts supporting Defendants' affirmative defenses. Fausett will testify that Plaintiffs have not suffered any quantifiable damages. Fausett will testify that he has not ascertained an amount, if any, of any damages suffered by Plaintiffs. Fausett will testify that Plaintiffs did not disclose any damages suffered by Plaintiffs during the discovery period in this case. Fausett will testify that Plaintiffs did not disclose any method of calculating damages suffered by Plaintiffs, including that Plaintiffs were relying upon the gross revenues generated by Defendants in place of proving actual damages suffered by Plaintiffs. Fausett has knowledge concerning all aspects of this case.

Fausett was not deposed.

Direct examination of Fausett is expected to take 2 hours.

## II.
## POSSIBLE WITNESSES

a. Rodney Marshall
c/o Mark A. Hendrix, Esq.
Krage & Janvey, L.L.P.
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201

Marshall is an employee of T & E Investment Group, LLC d/b/a Roberts Investment Group. Marshall will testify regarding the truth of the alleged defamatory statements. Marshall will testify to the facts supporting Defendants' affirmative defenses. Marshall will testify that Plaintiffs have not suffered any quantifiable damages. Marshall will testify that he has not ascertained an amount, if any, of any damages suffered by Plaintiffs. Marshall will testify that Plaintiffs did not disclose any damages suffered by Plaintiffs during the discovery period in this case. Marshall will testify that Plaintiffs did not disclose any method of calculating damages suffered by Plaintiffs, including that Plaintiffs were relying upon the gross revenues generated by Defendants in place of proving actual damages suffered by Plaintiffs. Marshall has knowledge concerning all aspects of this case.

Marshall was not deposed.

Direct examination of Marshall is expected to take 2-3 hours.

## III.
## EXPERTS

a. Rafael Gorgal
CG Partners, LLC
660 N. Central Expressway, Suite 230
Plano, Texas 75074

Gorgal will testify in rebuttal to the expert testimony offered by Plaintiffs. Gorgal will testify in accordance with the opinions expressed in his written report dated July 26, 2012.

Gorgal was not deposed.

Direct examination of Gorgal is expected to take 1-2 hours.

b. Ryan K. Lurich, Esq.
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254

Mr. Lurich will testify concerning the reasonableness and necessity of Plaintiffs' attorneys' fees.

Lurich was not deposed.

Direct examination of Lurich is expected to take 1 hour.

Respectfully submitted,

By: /s/ Ryan K. Lurich

**Lawrence J. Friedman**
Texas Bar No. 07469300
lfriedman@fflawoffice.com
**Ryan K. Lurich**
Texas Bar No. 24013070
rlurich@fflawoffice.com
**R. Brian Shields**
Texas Bar No. 24056310
bshields@fflawoffice.com

**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75240
(972) 788-1400 (Telephone)
(972) 776-5313 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Mark A. Hendrix, Esq.
Krage & Janvey, L.L.P.
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201
(214) 397-1914 (Telephone)
(214) 220-0230 (Telecopier)

/s/ Ryan K. Lurich

#686878