**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| T & E INVESTMENT GROUP, LLC, d/b/a ROBERTS INVESTMENT GROUP and TIMOTHY ROBERTS,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FAULKNER, BREITLING OIL AND GAS CORPORATION, PARKER HALLAM, and DUSTIN RODRIGUEZ a/k/a MICHAEL MILLER,<br><br>Defendants. | §§§§§§§§§§§§§§§§ No. 3:11-cv-0724-P<br>(consolidated with No. 3:11-cv-1558-P) |

<u>**DEFENDANTS' DESIGNATION OF
DEPOSITION AND HEARING EXCERTPS**</u>

Pursuant to the Court's Scheduling Order, Defendants Christopher Faulkner, Breitling Oil and Gas Corporation, Parker Hallam, and Dustin Rodriguez a/k/a Michael Miller (collectively, "Defendants"), hereby file their designation of deposition and hearing excerpts as follows:

    **1.**    **Deposition of Chris Faulkner** taken July 18, 2013

        p. 8, ll. 6-7
        p. 10, l. 23 through p. 11, l. 13
        p. 12, ll. 6-16
        p. 42, l. 14 through p. 43, l. 12
        p. 44, ll. 10-12
        p. 44, ll. 18-22
        p. 52, ll. 4-21
        p. 71, l. 12 through p. 72, l. 6
        p. 73, l. 14 through p. 74, l. 3
        p. 74, l. 17 through p. 75, l. 2
        p. 75, l. 10 through p. 77, l. 11
        p. 85, ll. 7-20

    p. 106, l. 12 through p. 107, l. 13
    p. 108, l. 9 through p. 109, l. 5

**2.**    **Deposition of Parker Hallam** taken August 29, 2013

    p. 5, ll. 9-10
    p. 6, ll. 15-24
    p. 7, ll. 4-14
    p. 19, l. 25 through p. 20, l. 10
    p. 20, ll. 14-18
    p. 21, ll. 14-17
    p. 29, ll. 12-25
    p. 30, l. 3 through p. 31, l. 9
    p. 31, ll. 14-18
    p. 32, l. 14 through p. 33, l. 2
    p. 35, ll. 5-14
    p. 36, l. 1 through p. 38, l. 15
    p. 41, l. 24 through p. 42, l. 20
    p. 48, l. 8 through p. 49, l. 6
    p. 49, ll. 12-25
    p. 50, l. 22 through p. 52, l. 9
    p. 59, ll. 5-17
    p. 65, ll. 8-21
    p. 66, ll. 1-5
    p. 67, l. 12 through p. 68, l. 25

**3.**    **Deposition of Dustin Michael Rodriguez** taken October 3, 2013

    p. 5, ll. 9-11
    p. 7, ll. 19-24
    p. 9, ll. 1-3
    p. 10, l. 19 through p. 11, l. 4
    p. 14, l. 14 through p. 17, l. 16
    p. 20, l. 20 through p. 21, l. 13
    p. 24, ll. 3-12
    p. 25, l. 4 through p. 27, l. 3
    p. 30, l. 20 through p. 31, l. 6
    p. 34, ll. 20-23

**4.** **Hearing on Plaintiffs' Motion for Sanctions, Lance Fogerty** May 2, 2013

p. 3, ll. 12-25
p. 33, l. 15 through p. 34, l. 9
p. 34, l. 18 through p. 35, l. 11
p. 35, l. 16 through p. 36, l. 12
p. 36, l. 19 through p. 38, l. 21
p. 39, ll. 3-18
p. 42, ll. 13-19
p. 46, ll. 4-11
p. 58, l. 3 through p. 59, l. 4
p. 59, l. 13 through p. 60, l. 10
p. 60, ll. 17-25
p. 77, l. 9 through p. 78, l. 1

Respectfully submitted,

By: /s/ Ryan K. Lurich
    **Lawrence J. Friedman**
    Texas Bar No. 07469300
    lfriedman@fflawoffice.com
    **Ryan K. Lurich**
    Texas Bar No. 24013070
    rlurich@fflawoffice.com
    **R. Brian Shields**
    Texas Bar No. 24056310
    bshields@fflawoffice.com

**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75240
(972) 788-1400 (Telephone)
(972) 776-5313 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 18, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark A. Hendrix, Esq.
    Krage & Janvey, L.L.P.
    2100 Ross Avenue, Suite 2600
    Dallas, Texas 75201
    (214) 397-1914 (Telephone)
    (214) 220-0230 (Telecopier)

    /s/ Ryan K. Lurich
    Ryan K. Lurich

692667