**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| T & E INVESTMENT GROUP, LLC, d/b/a ROBERTS INVESTMENT GROUP and TIMOTHY ROBERTS, § § § § **Plaintiffs,** § § vs. § § § **CHRISTOPHER FAULKNER,** § **BREITLING OIL AND GAS** § **CORPORATION, PARKER HALLAM,** § **and DUSTIN RODRIGUEZ** § **a/k/a MICHAEL MILLER,** § § **Defendants.** § | No. 3:11-cv-0724-P (consolidated with No. 3:11-cv-1558-P) |

## DEFENDANTS' EXHIBIT LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Christopher Faulkner ("Faulkner"), Breitling Oil and Gas Corporation ("Breitling"), Parker Hallam ("Hallam"), and Dustin Rodriguez ("Rodriguez") (Faulkner, Breitling, Hallum and Rodriquez are collectively referred to as the "Defendants"), and submit this Exhibit List:

### I.
### EXHIBIT LIST

| No. | Description | Bates # | Offered | Admitted |
|---|---|---|---|---|
| 1 | Document Retention and Destruction Policy of Breitling Oil and Gas Corporation | BRT00027-BRT00030 | | |
| 2 | Letter from Chris Faulkner to Timothy Roberts dated January 18, 2011 | 000034-000035 | | |
| 3 | Certificate of Organization of T & E Investment Group, LLC | T&E000350-T&E000371 | | |
| 4 | Certificate of Formation for DBC Operating Company, LLC | T&E000372-T&E000392 | | |
| 5 | Certificate of Formation for Mid-Star Operating Company, LLC | T&E000398-T&E000417 | | |

| 6 | Wrestler Profile of "Guido Falcone" | T&E000548-T&E000549 | | |
|---|---|---|---|---|
| 7 | INTENTIONALLY LEFT BLANK | | | |
| 8 | Notice of Final Order, dated Janaury 14, 2009 | T&E000492-T&E000497 | | |
| 9 | Complaint, Wizba v. Roberts Investment Group | T&E000562-T&E000565 | | |
| 10 | Judgment Entry, dated August 5, 2008 | T&E000556-T&E000559 | | |
| 11 | Certficiate of Service, dated August 20, 2008 | T&E000783-T&E000797 | | |
| 12 | Baskin Fee Prospect | T&e000423-T&E000491 | | |
| 13 | Appendix "A" – Subscription Agreement, Roberts Investment Group | T&E000512-T&E525 | | |
| 14 | Appendix "A" – Subscription Agreement, Dynamic Energy Partners | T&e000498-T&E000511 | | |
| 15 | Appendix "A" – Subscription Agreement, Kingdom Resources | T&E000526-T&E000540 | | |
| 16 | M.J. Keyfer Prospect | T&E000156-T&E000168 | | |
| 17 | Bull Dog Prospect | T&E000076-T&E000100 | | |
| 18 | Callicott 3-D Prospect | T&E000101-T&E000137 | | |
| 19 | Face Off Prospect | T&E000138-T&E000155 | | |
| 20 | Paul Bunyan Prospect | T&E000181-T&E000195 | | |
| 21 | Big Buck Prospect | T&E000056-T&E000075 | | |
| 22 | Mohawk Prospect | T&E000169-T&E000180 | | |
| 23 | Form 1099 Income Tax Return 2007-2012 | T&E000196-T&E000337 | | |
| 24 | 2007 Tax Report for Central Basin Oil | T&E000338-T&E000349 | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |

Respectfully submitted,

By: /s/ Ryan K. Lurich
    **Lawrence J. Friedman**
    Texas Bar No. 07469300
    lfriedman@fflawoffice.com
    **Ryan K. Lurich**
    Texas Bar No. 24013070
    rlurich@fflawoffice.com
    **R. Brian Shields**
    Texas Bar No. 24056310
    bshields@fflawoffice.com

**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75240
(972) 788-1400 (Telephone)
(972) 776-5313 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 18, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Mark A. Hendrix, Esq.
    Krage & Janvey, L.L.P.
    2100 Ross Avenue, Suite 2600
    Dallas, Texas 75201
    (214) 397-1914 (Telephone)
    (214) 220-0230 (Telecopier)

    /s/ Ryan K. Lurich

686877