# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| T & E INVESTMENT GROUP, LLC <br> d/b/a ROBERTS INVESTMENT <br> GROUP and TIMOTHY ROBERTS, <br><br> Plaintiffs, <br><br> V. <br><br> CHRISTOPHER FAULKNER, <br> BREITLING OIL AND GAS <br> CORPORATION, PARKER HALLAM <br> and DUSTIN RODRIGUEZ a/k/a <br> MICHAEL MILLER, <br><br> Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:11-CV-0724-P <br> (consolidated with No. 3-11-cv-1558-P) |

## PLAINTIFFS' EXHIBIT LIST

COMES NOW, T & E Investment Group, LLC d/b/a Roberts Investment Group ("Plaintiffs"), and submits this Exhibit List.

## **EXHIBIT INDEX**[1]

|  |  | OFFERED | ADMITTED |
|---|---|---|---|
| Tab 1 | Screen shot of file description |  |  |
| Tab 2 | Certificate of Formation of Breitling Oil and Gas Corporation |  |  |
| Tab 3 | Certificate of Amendment of Breitling Oil and Gas Corporation |  |  |
| Tab 4 | Texas Secretary of State's inquiry page listing officers of Breitling Oil and Gas Corporation |  |  |
| Tab 5 | Texas Secretary of State's inquiry page for Breitling Oil and Gas Corporation |  |  |
| Tab 6 | 2010 Texas Franchise Tax Public Information Report for Breitling Oil and Gas Corporation |  |  |
| Tab 7 | Articles of Organization for T & E Investment Group, LLC |  |  |
| Tab 8 | Texas Franchise Tax Public Information Report for T & E Investment Group, LLC |  |  |
| Tab 9 | Correspondence from Breitling Oil and Gas Corporation to Timothy R. Roberts dated January 18, 2011 |  |  |
| Tab 10 | Employment Agreement between Nathan Madu and T and E Investment Group, LLC |  |  |
| Tab 11 | Texas Secretary of State inquiry to Fusion Oil & Gas Investments, L.L.C. |  |  |
| Tab 12 | Entrada Forensics Group's Imaged Websites and Posted Files |  |  |

---

[1] Plaintiff makes this Trial Exhibit List subject to the parties' pending Joint Motion to Continue Trial [Doc. 76] and the parties' Supplemental Brief in Support [Doc. 87], currently pending before the Court. In light of these pending matters, the parties have agreed to waive any objections to timeliness of exhibits designated after the filing of the instant Trial Exhibit List.

|        |                                                                                                                                             |  |  |
|--------|---------------------------------------------------------------------------------------------------------------------------------------------|--|--|
| Tab 13 | Entrada Forensics Group's Website and File Analysis on T & E Investments                                                                    |  |  |
| Tab 14 | Engagement letter between Entrada Forensics Group and Krage & Janvey, LLP                                                                   |  |  |
| Tab 15 | Entrada Forensics Group's Engagement Terms and Conditions                                                                                   |  |  |
| Tab 16 | Google search results for posts and headings of T&E Investment Group, LLC d/b/a Dynamic Energy Partners, d/b/a Roberts Investment Group-DB  |  |  |
| Tab 17 | Photo of Lamborghinia                                                                                                                       |  |  |
| Tab 18 | Fax sheet entitled "WANTED" with "Please remove this fax number from your system 785-539-2679. Thank you."                                  |  |  |
| Tab 19 | Fax sheet entitled "WANTED" to 972-723-1261                                                                                                 |  |  |
| Tab 20 | Printout from whois.domaintools.com website printout of RobertsInvestmentGroupInformation.com                                               |  |  |
| Tab 21 | An "Investors Beware" letter on Roberts Investment Group's letterhead to Brad Pratt, with photos                                            |  |  |
| Tab 22 | An "Investors Beware" letter on Roberts Investment Group's letterhead to Roberts Investment Group, with photo of Lamborghini, and a Public Data printout. |  |  |
| Tab 23 | Protegga LLC invoice dated February 24, 2012                                                                                                |  |  |
| Tab 24 | Protegga LLC invoice dated May 31, 2012                                                                                                     |  |  |
| Tab 25 | Protegga LLC invoice dated June 14, 2012                                                                                                    |  |  |
| Tab 26 | Protegga LLC invoice dated July 3, 2012                                                                                                     |  |  |

| Tab 27 | Brietling Oil and Gas contact information printed from Brietling's website | | |
| Tab 28 | Bio of Chris Faulkner from Brietling Oil and Gas' website | | |
| Tab 29 | Email from Tim Roberts to Rodney Marshall forwarding a photo of a Motorola phone showing call from "Run SEC" on April 23, 2011 | | |
| Tab 30 | Printout from Trademarkia's website regarding Roberts Investment Group's trademarks | | |
| Tab 31 | Printout from DomainTool's website regarding Roberts Investment Group's domain name | | |
| Tab 32 | Correspondence from Dynamic Energy Partners to Copyright Agent DocShare, LLC dated August 17, 2011 | | |
| Tab 33 | Email from "Reputation Hawk" to rmarshall@dynamicenergypartners.net regarding internet reputation management services. | | |
| Tab 34 | First Computer Forensic Examination Report by Protegga LLC | | |
| Tab 35 | Second Computer Forensic Examination Report by Protegga LLC | | |
| Tab 36 | Organizational Documents | | |
| Tab 37 | Derogatory Comments and Information | | |
| Tab 38 | Complaint Back up | | |
| Tab 39 | Service | | |
| Tab 40 | Expert Witness | | |
| Tab 41 | Website Requirements | | |
| Tab 42 | Fusion Information | | |
| Tab 43 | Brietling Information | | |
| Tab 44 | Estrada | | |
| Tab 45 | Documents Produced | | |
| Tab 46 | Costs | | |

Plaintiffs' may also introduce all exhibits listed by any other party.

Respectfully submitted,

*/s/ Mark A. Hendrix*
MARK A. HENDRIX            (# 09460500)
KRAGE & JANVEY, L.L.P.
2100 Ross Avenue, Suite 2600
Dallas, Texas  75201
214-397-1914
Facsimile:  214-220-0230
Email: mhendrix@kjllp.com
ATTORNEYS FOR PLAINTIFFS
T & E INVESTMENT GROUP, LLC d/b/a ROBERTS INVESTMENT GROUP AND TIMOTHY ROBERTS

## CERTIFICATE OF SERVICE

I certify that on the 18th day of February, 2015, a true and correct copy of the foregoing Plaintiff's Witness List was delivered electronically upon all parties or their counsel of record, as follows:

Lawrence J. Friedman, Esq.
R. Brian Shields, Esq.
Friedman & Feiger, L.L.P.
5301 Spring Valley Road
Suite 200
Dallas, Texas 75240

Jennifer Beth Ingram, Esq.
Munck Carter, LLP
12770 Coit Road
Suite 600
Dallas, Texas 75251

*/s/ Mark A. Hendrix*
Mark A. Hendrix

P:\Users\CFries\RobertsInvGroup\Trial Exhibit Notebook (12-17-14).doc