IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| T & E INVESTMENT GROUP LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | 3:11-CV-724-P |
| § | |
| CHRISTOPHER FAULKNER, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER OF ADMINISTRATIVE CLOSURE

On March 3, 2015, the parties announced that this case has settled and requested that the Court retain jurisdiction over the case for one year to allow the settlement to be satisfied. The Court has determined that there appears to be no further reason at this time to maintain this case as open. The Court directs the Clerk of the Court to submit a JS-6 form to the Administrative Office to remove this case from the statistical records.

This Order does not constitute a dismissal or disposition of this case. Thus, should further proceedings in this case become necessary or desirable, any party (or the Court) may initiate such further proceedings as if this Order had not been entered.

SO ORDERED, this 4th day of March, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE